# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

    BARRY L HARTLEY
            Debtor

Chapter 13

Case No.  14-10112-RGM

## ORDER CONFIRMING PLAN

      The Chapter 13 Plan filed by Barry L Hartley on January 31, 2014, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**Order Confirming Plan**
Barry L Hartley
**Case #14-10112-RGM**

   (4) On February 9, 2014, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $2,154.00 per month in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 55 months from the due date of the first payment in this case.

   (5) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

   (6) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Mar 24 2014

/s/ Robert G. Mayer
_____
Robert G. Mayer
United States Bankruptcy Judge

eod 3/25/2014 sas

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
Barry L Hartley
**Case #14-10112-RGM**

**PARTIES TO RECEIVE COPIES**

Barry L Hartley
Chapter 13 Debtor
3001 Park Center Drive, #819
Alexandria, VA 22302

John D. Sawyer, Esq.
Attorney for Debtor
10605 B-2 Judicial Dr.
Fairfax, VA 22030

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Barry L Hartley  
      Debtor

Case No. 14-10112-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: stewarts     Page 1 of 1     Date Rcvd: Mar 25, 2014  
                 Form ID: pdford3     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2014.  
db        +Barry L Hartley,    3001 Park Center Drive, #819,    Alexandria, VA 22302-1443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2014                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2014 at the address(es) listed below:  
          Douglas S. Rubin    on behalf of Creditor    Bank of America, N.A. rubin.doug@gmail.com,  
           mfreeman@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;  
          John D. Sawyer    on behalf of Debtor Barry L Hartley tysonlaw111@aol.com,  
           jds@sawyerazarcon.com;tysonlaw111@aol.com  
          Robyn Danielle Pepin    on behalf of Creditor    Bank of America, N.A. rpepin@glasserlaw.com,  
           pjmecf@glasserlaw.com  
          Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com  
                                                                                                        TOTAL: 4